# EXHIBIT A

PLAINTIFF'S TRIAL EXHIBIT 002

## NEW JERSEY DEPARTMENT OF TREASURY
## DIVISION OF REVENUE, BUSINESS GATEWAY SERVICES

### CERTIFICATE OF FORMATION

### TELEMARK HOLDINGS LLC
### 0400094232

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 06/01/2005 and was assigned identification number 0400094232. Following are the articles that constitute its original certificate.

**FILED JUN 0 1 2005 STATE TREASURER**

1. **Name:**
   TELEMARK HOLDINGS LLC

2. **The Registered Agent:**
   WILLIAM CHARLES HOVEY

3. **The Registered Office:**
   14 BALCHEN WAY
   ROCKAWAY, NJ 07866

4. **Business Purpose:**
   Miscellaneous Products

5. **Other Long:**
   THE NUMBER OF INITIAL MEMBERS CONSTITUTING THE LIMITED LIABILITY COMPANY PRESENTLY IS TWO. THE INITIAL OPERATING AGREEMENT OF THE LIMITED LIABILITY COMPANY SHALL BE ADOPTED BY THE MEMBERS, AND THE POWER TO MAKE, ALTER, AND REPEAL THE OPERATING AGREEMENT IS RESERVED TO THE MEMBERS.

6. **Members/Managers:**
   WILLIAM CHARLES HOVEY
   14 BALCHEN WAY

   ROCKAWAY, NJ 07866
   ROBERT MATTHEW PIETROWICZ
   11 VALHALLA DRIVE

   ROCKAWAY, NJ 07866

7. **The Main Business Address:**
   11 VALHALLA DRIVE
   ROCKAWAY, NJ 07866

Continued on next page ...

## NEW JERSEY DEPARTMENT OF TREASURY
## DIVISION OF REVENUE, BUSINESS GATEWAY SERVICES

### CERTIFICATE OF FORMATION

### TELEMARK HOLDINGS LLC
### 0400094232

**Signatures:**
RITA C. CHIPPERSON, ESQ.
AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this*
06/02/2005

*[signature]*

John E McCormac, CPA
Treasurer of the State of New Jersey

PLTF - 000003