# EXHIBIT B

Mail to: PO Box 308
Trenton, NJ 08646

**FEE REQUIRED**

STATE OF NEW JERSEY
DIVISION OF REVENUE

**REGISTRATION OF ALTERNATE NAME**

Overnight to: 33 West State St.
5th Floor
Trenton, NJ 08608-1214

# C-150G

Complete the following applicable information, and sign in the space provided. Please note that once filed, the information contained in the filed form is considered public. **Refer to the instructions on page 26 for filing fees and field-by-field requirements.** Remember to remit the appropriate fee amount. Use attachments if more space is required for any field.

**Check Appropriate Statute:**

☐ Title 14A:2-2.1 (2) New Jersey Business Corporation Act     ✓ Title 42:2B-4 Limited Liability Company

☐ Title 15A:2-2-3 (b) New Jersey Nonprofit Corporation Act     ☐ Title 42:2A-6 Limited Partnership

Pursuant to the provisions of the appropriate statute, checked above, of the New Jersey Statutes, the undersigned corporation/business entity hereby applies for the registration of an Alternate Name in New Jersey for a period of five (5) years, and for that purpose submits the following application:

1. Name of Corporation/Business: _Telemark Holdings, LLC._

2. NJ 10-digit ID number: _0400-0942-32_

3. Set forth state of Original Incorporation/Formation: _____

4. Date of Incorporation/Formation: _June 2005_

   Date of Authorization (Foreign): _____

5. Alternate Name to be used: _Telemark_

6. State the purpose or activity to be conducted using the Alternate Name: _Marketing Services_

7. The Business intends to use the Alternate Name in this State.

8. The Business has not previously used the Alternate Name in this State in violation of this Statute, or; if it has, the month and year in which it commenced such use is: _____

ANA
FILED
MAY 28 2010
STATE TREASURER
04000 94232

Signature requirements:

For Corporations
For Limited Partnerships
For all Other Business Types

SIGNATURE: _[signature]_

NAME (please type): _William Hovey_

Chairman of the Board, President, Vice-President
General Partner
Authorized Representative

TITLE: _President_

DATE: _5/24/2010_

300833  4164334

**THE PURPOSE OF THIS FORM IS TO SIMPLIFY THE FILING REQUIREMENTS. IT DOES NOT REPLACE THE NEED FOR COMPETENT LEGAL ADVICE.**