# EXHIBIT C



PLAINTIFF'S
TRIAL EXHIBIT
017

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE

### CERTIFICATE OF FORMATION

### TELEMARK CNC LIMITED LIABILITY COMPANY
### 0400414983

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 05/03/2011 and was assigned identification number 0400414983. Following are the articles that constitute its original certificate.

1. **Name:**
   TELEMARK CNC LIMITED LIABILITY COMPANY

2. **Registered Agent:**
   WILLIAM HOVEY

3. **Registered Office:**
   14 BALCHEN WAY
   ROCKAWAY , NJ 07866

4. **Business Purpose:**
   MANUFACTURING

5. **Effective Date of this filing is:**
   05/03/2011

6. **Members/Managers:**
   WILLIAM HOVEY
   14 BALCHEN WAY
   ROCKAWAY, NJ 07005

7. **Main Business Address:**
   429 ROCKAWAY VALLEY RD.
   BUILDING 9 SUITE 1400
   BOONTON, NJ 07005

**Signatures:**
WILLIAM HOVEY
AUTHORIZED REPRESENTATIVE

LLC
FILED
MAY - 3 2011
STATE TREASURER

IN TESTIMONY WHEREOF, I have
hereunto set my hand and
affixed my Official Seal
at Trenton, this
4th day of May, 2011

*Andrew P Sidamon-Eristoff*
*State Treasurer*



Certificate Number: 120327110
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp