# EXHIBIT F

**PLAINTIFF'S TRIAL EXHIBIT 031**

# SETTLEMENT AGREEMENT

Robert Pietrowicz, Single Point Precision, LLP and Yolanda Pietrowicz ("Plaintiffs/Counterclaim Defendants/Counterclaimants") and William Hovey, individually and as owner of Telemark CNC (Defendants/Third Party Plaintiffs) in the matter of "Robert Pietrowicz v. William Hovey, et. al. Docket No. MRS-C-152-11 having affixed their consent below to the terms and conditions of this Settlement Agreement ("Agreement"), set forth as follows:

## BACKGROUND

WHEREAS, Plaintiff Robert Pietrowicz ("Pietrowicz") filed a Verified Complaint captioned "Robert Pietrowicz v. William Hovey, et. al." Docket No. MRS-C-152-11 against William C. Hovey ("Hovey"), alleging *inter alia* that Defendant Hovey "convert[ed]/and or diminish[ed]" the assets of Telemark to serve his newly formed business Telemark CNC in or around June 2011" in the Superior Court of New Jersey, Chancery Division, Morris County.

WHEREAS Defendant William Hovey filed an Answer and Counterclaim and Third Party Complaint in or around January 2012, alleging that there were "issues surrounding Telemark which have resulted in the termination of the business" and that Pietrowicz *inter alia*, breached the covenant of good faith and fair dealing, had been unjustly enriched.

WHEREAS Hovey filed an Amended Answer, Counterclaim, Third Party Complaint, Demand for Statement of Damages, Demand for Document [sic], Demand for Jury Trial and Counterclaim on April 2, 2012 seeking recovery against Pietrowicz individually, as a member of Single Point Precision, LLC ("SPP"), Telemark LLC and individually and Yolanda Pietrowicz individually and as a member of SPP alleging *inter alia*, that Yolanda Pietrowicz and SPP breached the covenant of good faith and fair dealing, had been unjustly enriched.

WHEREAS Pietrowicz filed an Answer to Hovey's Counterclaim and Third Party Complaint on April 13, 2012 and thereafter amended his Answer, pleading a Counterclaim to Hovey's Third Party Complaint, alleging *inter alia*, Breach of Telemark Operating Agreement, Unjust Enrichment and Frivolous Litigation.

WHEREAS on July 16, 2012 Hovey filed an Amended Answer to Third Party Counterclaim denying the allegations therein.

IT IS, THEREFORE, on this _10_ day of January 2014, for the consideration of the mutual promises, covenants, and agreements herein contained, AGREED by and between the above parties to the within matter as follows:

1. That the matter presently captioned "Robert Pietrowicz v. William Hovey, et. al."

1

Docket No. MRS-C-152-11, including all claims set forth therein, shall be voluntarily dismissed without prejudice by all parties by way of Stipulation of Dismissal.

2. All parties herein shall have ninety (90) days from the date of this Agreement to re-file suit in the Superior Court of New Jersey, Law Division, Morris County.

3. In the event of filing of a new action, all statutes of limitation or repose shall be preserved. There is no waiver of claims or defenses by any party by their entering into this Settlement Agreement.

4. All prior Orders, including all restraining Orders, entered in the matter of "Robert Pietrowicz v. William Hovey, et. al.", Docket No. MRS-C-152-11 shall remain in full force and effect and applicable to all parties until further Order of the Court.

5. Should either party assert any material claim or defense in any subsequent litigation amongst the parties that is found by a court of competent jurisdiction to have been made contrary to the terms of this Agreement disposing of the pending action in the within matter, the defaulting party shall indemnify the other for all reasonable expenses and costs, including attorney's fees incurred in successfully enforcing the Agreement.

6. This agreement may be executed in counterparts.

_____
Robert Pietrowicz
for Plaintiff/Third Party Defendant-
Counterclaimants Robert Pietrowicz
(individually and on behalf of Single Point
Precision), Single Point Precision, LLP,
Yolanda Pietrowicz (individually and on
behalf of Single Point Precision)

Dated:

_____
William C. Hovey
for Defendant/Third Party Plaintiff
William C. Hovey, Telemark CNC

Dated: 1/10/2014

2