# EXHIBIT G

PLAINTIFF'S
TRIAL EXHIBIT
032

NEAL H. FLASTER, LLC.
Neal H. Flaster, Esq.
New Jersey Bar No. 071611981
90A Vreeland Road, P.O. Box 21
Florham Park, New Jersey 07932
Tel. (973) 822-7900, Fax. (973) 822-7923
Attorney for Plaintiff and Third Party
Defendants Robert M. Pietrowicz,
Single Point Precision, LLP, et. al.

ENTERED ON ACMS

| | |
|---|---|
| ROBERT M. PIETROWICZ, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM C. HOVEY, <br><br> Defendant <br><br> WILLIAM C. HOVEY AND TELEMARK HOLDINGS, LLC, <br><br> Third-Party Plaintiffs/Counterclaim Defendants, <br><br> vs. <br><br> SINGLE POINT PRECISION, LLP AND YOLANDA PIETROWICZ, INDIVIDUALLY AND AS A MEMBER OF SINGLE POINT PRECISION, LLP, <br><br> Third-Party Defendants/Counterclaim Plaintiffs. | SUPERIOR COURT OF NEW JERSEY <br> MORRIS COUNTY <br> CHANCERY DIVISION <br><br> Docket No. MRS-C-152-11 <br><br><br> STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL PARTIES AND ALL CLAIMS ASSERTED HEREIN <br><br> RECEIVED & FILED <br> MORRIS COUNTY <br> SUPERIOR COURT <br> CIVIL DIVISION <br> JAN 23 P 4:41 |

The matter in difference between the parties in the above-entitled action having been amicably adjusted by and between them, it is hereby stipulated and agreed that this action be and is hereby dismissed without prejudice and without costs against any of the parties.

NEAL H. FLASTER, LLC.
Attorney for Plaintiff and Third-
Party Defendants, Robert Pietrowicz,
et. al.

By: /s/ Neal H. Flaster
Neal H. Flaster, Esq.

Dated: January 14, 2014

KASSEM AND CAMEJO, LLC.
Attorney for Defendant and Third-Party
Plaintiffs William C Hovey, et. al.

By: /s/ Nabil Kassem
Nabil Kassem, Esq.