# EXHIBIT I

C-3

## Pietrowicz v. Hovey
## MRS-L-796-14
## Jury Verdict Sheet

1. Do you find that the Defendant wrongfully exercised dominion and control over goods, in this case machines, equipment, raw materials, inventory, tools and parts, along with any monies that were due and owing to Telemark Holdings, LLC, but were allegedly transferred to the Defendant himself or Telemark CNC, LLC, in which the Plaintiff had an ownership interest?

    YES ✓    NO _____    VOTE 7-0

    If you answered "Yes," proceed to Question Number 2.
    If you answered "No," proceed to Question Number 3.

2. What amount of money do you believe would fairly and reasonably compensate the Plaintiff for the actions of the Defendant in depriving the Plaintiff of his interest in the machines, equipment, raw materials, inventory, tools, parts and/or monies as set forth in Interrogatory 1? Put another way, what was the fair market value of the property (along with any monies you find to have been inappropriately converted) you found Defendant to have converted as of on or about June 2011 and what was the Plaintiff's interest in that value?

    $ 500,000 ÷ 2 = $250,000

    Proceed to Question 3.

3. Do you find that Plaintiff proved that instead of taking draws from any profits generated by Telemark Holdings, LLC, he re-invested either in whole or in part monies he was entitled to take as draws back into the company?

    YES ✓    NO _____    VOTE 7-0

    If you answered "Yes," proceed to Question Number 4.
    If you answered "No," proceed to Question Number 8.

4. Did Plaintiff show that at the time he re-invested any draw monies into Telemark Holdings, LLC, that he reasonably expected to receive remuneration for this action at a later date?

    YES ✓    NO _____    VOTE 7-0

If you answered "Yes," proceed to Question Number 5.
If you answered "No," proceed to Question Number 8.

5. Did Plaintiff prove by a preponderance of the credible evidence the sum of money that he re-invested back into the company as opposed to taking a draw and if so what is that sum of money?

   YES ✓     NO _____     VOTE 7-0

   $ 66,687

   If you answered "Yes," proceed to Question Number 6.
   If you answered "No," proceed to Question Number 8.

6. Do you find that the Defendant as a result was enriched beyond his contractual rights as a member of Telemark Holdings, LLC and that Plaintiff has been damaged as a result?

   YES ✓     NO _____     VOTE 7-0

   If you answered "Yes," proceed to Question Number 7.
   If you answered "No," proceed to Question Number 8.

7. What amount do you find would fairly and reasonably compensate Plaintiff as a result?

   $ 12,500

8. Did Defendant William C. Hovey fail to comply with the implied covenant of good faith and fair dealing?

   YES ✓     NO _____     VOTE 7-0

   If you answered "Yes," proceed to Question Number 9.
   If you answered "No," proceed to Question Number 11.

9. Do you find that Mr. Hovey individually or as member of Telemark Holdings, LLC wrongfully dissolved Telemark Holdings, LLC?

   YES ✓     NO _____

   If you answered "Yes," proceed to Question Number 10.   Vote 7-0
   If you answered "No," proceed to Question Number 11.

10. What do you find are the damages (if any) that the plaintiff, Robert Pietrowicz, individually or as a member of Telemark Holdings, LLC, has proven he suffered as a result of Defendant's breach of the covenant of good faith and fair dealing?

    $ 250,000

11. Has the Plaintiff demonstrated by clear and convincing evidence that the conduct of the Defendant entitles the Plaintiff to an award of punitive damages?

YES_____   NO ✓____   VOTE 7-0____