# EXHIBIT J

**LAW OFFICES OF NEAL H. FLASTER, LLC.**
Neal H. Flaster, Esq.
New Jersey Bar No.: 017611981
30 Columbia Turnpike
Florham Park, New Jersey 07932
Tel. No.: (973) 822-7900
Fax No.: (973) 822-7923
Attorney for Plaintiff, Robert Pietrowicz and
Third Party Defendants, Single Point Precision, LLC, et al

# FILED

### NOV 16 2018

PETER A. BOGAARD, J.S.C.
JUDGE'S CHAMBERS
MORRIS COUNTY COURTHOUSE

| | |
|---|---|
| ROBERT M. PIETROWICZ, individually and as a member of TELEMARK HOLDINGS, LLC, A New Jersey limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM C. HOVEY, individually and as a member of TELEMARK HOLDINGS, LLC, TELEMARK CNC, a New Jersey limited liability company, JOHN DOES 1-10 (names being fictitious) and ABC COMPANIES 1-10 (names being fictitious), individually, jointly and severally, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY MORRIS COUNTY LAW DIVISION <br><br> Civil Action <br><br> DOCKET NO.: MRS-L-796-14 <br><br><br> **JUDGMENT** |
| WILLIAM C. HOVEY, individually and as a member of TELEMARK HOLDINGS, CNC, AND TELEMARK HOLDINGS, LLC, <br><br> Third-Party Plaintiffs, <br><br> SINGLE POINT PRECISION, LLP, YOLANDA PIETROWICZ, individually and as a member of SINGLE POINT PRECISION, LLP, ROBERT PIETROWICZ, individually and as a member of SINGLE POINT PRECISION, LLP, JOHN DOES 1-10 (names being fictitious) and ABC COMPANIES 1-10 (names being fictitious), individually, jointly and severally, <br><br> Third-Party Defendants. | |

provided by R. 4:42-11 until satisfied; and

    4.    The Counterclaim and Third-Party Complaint filed by Defendants/Third Party Plaintiffs William C. Hovey, Telemark CNC, LLC and Telemark Holdings, LLC, et al is dismissed with prejudice; and

    5.    A constructive trust is imposed on all assets in whole or in part of Defendants William C. Hovey, Telemark CNC, LLC and Telemark Holdings, LLC effective November 1, 2018, including but not limited to: a) all machines, equipment, raw material, inventory, parts and tools located or formerly located at the premises of Telemark Holdings, LLC and/or the premises of Telemark CNC, LLC at 429 Rockaway Valley Road, Boonton, New Jersey 07005 or elsewhere and the proceeds of same; and b) all other assets of the Defendants, including cash, stocks, bonds, accounts receivables, interests in any partnership, limited liability company, corporation or sole proprietorship, automobiles, motorcycles, trucks, machinery, equipment, raw materials, inventory, parts, tools, realty, personalty and fixtures and the proceeds of those assets, regardless of the name and manner in which they are/were held; and *subject to rights of survivorship and all applicable laws.

    6.    The imposition of a constructive trust on Defendants' assets in paragraphs 5(a) and (b) above prohibits any sale, disposition, hypothecation, movement, consignment or transfer of these assets by Defendants or their representatives pending further Order of this Court or until such time as there is full satisfaction of the judgment or an appropriate appeal bond is posted. At all times herein, Plaintiff, Robert Pietrowicz may enforce his rights under the constructive trust through law enforcement personnel and the courts; and

    7.    Any interference by Defendants William C. Hovey, Telemark CNC, LLC and/or Telemark Holdings, LLC or their representatives with Plaintiff Robert Pietrowicz's rights herein shall subject Defendants to sanctions to the fullest extent permitted by law.

# EXHIBIT K