Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re: William Charles Hovey
Debtor

Case No.: 19−28149−RG
Chapter 13

Robert M Pietrowicz
Plaintiff

v.

William Charles Hovey
Defendant

Adv. Proc. No. 20−01611−RG        Judge: Rosemary Gambardella

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on December 4, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 3
Mediation Order. Donald Steckroth added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/4/2020. (car)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 4, 2020
JAN: car

                                                                                                                                    Jeanne Naughton
                                                                                                                                    Clerk

# United States Bankruptcy Court
## District of New Jersey

Pietrowicz,
    Plaintiff

Hovey,
    Defendant

Adv. Proc. No. 20-01611-RG

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| md | + Donald Steckroth, Cole Schotz P.C., 1325 Avenue of the Americas, 19th Floor, New York, NY 10019-6079 |
| dft | + William Charles Hovey, 14 Balchen Way, Rockaway, NJ 07866-4702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Robert M Pietrowicz, 14 Valhalla Way, Rockaway Twp. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Neal H. Flaster | on behalf of Plaintiff Robert M Pietrowicz nhf@flasterlawgroup.com |

TOTAL: 1